**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7179**

_____

STEVEN KARL EDWARD BRADFORD,

        Plaintiff - Appellant,

      v.

OFFICER E. PRUITT, Co II, 3-11 shift; LIEUTENANT C. WIDDOWSON, 3-11 shift; SERGEANT KESTLER, 3-11 shift, each in his individual and official capacity,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. William D. Quarles, Jr., District Judge. (1:10-cv-03619-WDQ)

_____

Submitted: January 30, 2012      Decided: February 15, 2012

_____

Before DUNCAN, WYNN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Steven Karl Edward Bradford, Appellant Pro Se. Sarah W. Rice, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Karl Edward Bradford appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bradford v. Pruitt</u>, No. 1:10-cv-03619-WDQ (D. Md. Aug. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>